```
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION
```

GLAZIERS ARCHITECTURAL METAL  )
AND GLASSWORKERS LOCAL 513,   )
et al.,                       )
                              )
            Plaintiffs,       )
                              )
      vs.                     )      No. 4:04-CV-1460 (CEJ)
                              )
BETHALTO GLASS, INC.,         )
                              )
            Defendant.        )

## ORDER

On June 12, 2006, defendant Bethalto Glass, Inc., filed objections to plaintiffs' trial exhibits (Document #52 in the Court' record). Attachments 1 and 2 to the document include social security numbers and the home addresses of non-parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to Attachments 1 and 2 to Document 52.

**IT IS FURTHER ORDERED** that defendant shall immediately refile the attachments in a form that complies with the E-Government Act.

```
                        _____
                        CAROL E. JACKSON
                        UNITED STATES DISTRICT JUDGE
```

Dated this 19th day of June, 2006.