```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

GLAZIERS ARCHITECTURAL METAL    )
AND GLASSWORKERS LOCAL 513,     )
et al.,                         )
                                )
            Plaintiffs,          )
                                )
        vs.                      )      No. 4:04-CV-1460 (CEJ)
                                )
BETHALTO GLASS, INC.,           )
                                )
            Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion to continue trial setting [#56] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2006.